**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SKY TIPTON,

       Plaintiff,

    v.

KATHY BRITTAIN, *et al.*,

       Defendants.

No. 4:26-CV-00737

(Chief Judge Brann)

## ORDER

**AND NOW**, this 30th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's Section 1983 claims are **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2.  The Court declines to exercise supplemental jurisdiction over any remaining state-law tort claims.

3.  Within **21 days** of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.  Plaintiff must adhere to the specific directions for amendment provided.

4.  If no amended complaint is timely filed, dismissal of Plaintiff's Section 1983 claims will automatically convert to dismissal <u>with prejudice</u> and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge